## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO




VIVIAN VANESSA D'ACOSTA LUGO,
ET AL.,

     VS.                          CIVIL NO. __98-1226__ (JAF)

SIMED, ET AL,

### DESCRIPTION OF MOTION

DATE FILED: 8/25/99  DOCKET: 39    TITLE: MOTION FOR ENLARGEMENT

[ ] Plffs.        [X] Defts.

### O-R-D-E-R

Granted until Oct 6/99

9 30 99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(43)