## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



VIVIAN VANESSA D'ACOSTA LUGO,
ET AL.,

       VS.                               CIVIL NO. __98-1226__ (JAF)

SIMED, ET AL,

### DESCRIPTION OF MOTION

DATE FILED: 9/02/99   DOCKET: 40   TITLE: DISCOVERY SCHEDULE

[X] Plffs.          [] Defts.

### O-R-D-E-R

Noted & approved

10-1-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

44