# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



VIVIAN V. D'ACOSTA LUGO, ET AL.

      VS.

SIMED, ET AL.

CIVIL NO. 98-1226 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 9/27/99    DOCKET #: 42    TITLE: MOTION INFORMING SUBSTITUTION OF LEGAL REPRESENTATION AND INFORMING CHANGE OF NAME AND ADDRESS

[ ] Plaintiff(s)
[X] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Clerk to note the change of representation. Mr. Gonzalz Merino is allowed to withdraw.

10-1-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

s/c: J. Gonzalz