UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Vivian Janesa D'Acosta Lugo et al

VS.

Sindicato de Aseguradores etc

CIVIL NO. 98-1226 (JAF)

DESCRIPTION OF MOTION

DATE:
FILED:        DOCKET:#        Title:

( )Plffs       ( )Defts

( )Government  ( )Other

ORDER

S/c held in lieu of P.T. conference. Two depositions that plaintiff has an interest in taking (Dr. Velez, Dr. Garau) shall be taken on Dec 28 as scheduled. Expert witness Dr. Rosner shall be deposed March 10, 2000 in Puerto Rico.

Defendants shall identify witnesses and experts before Jan 2, 2000. Depositions shall be concluded before March 15, 2000. Expert reports shall be declared by Feb 28, 2000.

Mr. Marini shall identify the woman who was present at the recovery room, Ambulatory Surgical Center at San Pablo Hosp. the day in question here. The information will be submitted to the court in a sealed fashion and the court will decide when and how this witness shall be deposed. The request for prod. of documents against San Pablo shall be responded to by Jan 15, 2000.

The P.T. conf shall be held May 16, 2000 at 12:30 noon.

12-23-99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(53)