## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO





VIVIAN V. D'ACOSTA LUGO, ET AL.

    VS.

SIMED, ET AL.

CIVIL NO. 98-1226 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 12/21/99  DOCKET #: 49  TITLE: MOTION by All Plaintiffs |for Leave to File Plff's part of Pretrial Order|, with PTO tendered

[x] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

X DENIED.

__ MOOT.

__ NOTED.

OTHER: *See Docket Doc. #53. A Joint P.T. Order shall be filed on or before May 12, 2000.*

3/10/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(58)

8