## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



VIVIAN V. D'ACOSTA LUGO, ET AL.

    VS.-

SIMED, ET AL.                   CIVIL NO. 98-1226(JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 02/28/00  DOCKET #: 55  TITLE: MOTION by Angel Velez to Extend Time until 3/30/00 to notify expert witness' report

[ ] Plaintiff(s)
[x] -Defendant(s)

---

### O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] MOOT.

[ ] NOTED.

**OTHER:** _____

3/10/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

59