## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO





VIVIAN V. D'ACOSTA LUGO, ET AL.

    VS.-

SIMED, ET AL.

CIVIL NO. 98-1226(JAF)

[x] Plaintiff(s)
[ ] -Defendant(s)

### DESCRIPTION OF MOTION

**DATE FILED:** 03/13/00    **DOCKET #:** 57    **TITLE:** MOTION by All Plaintiffs for Court ruling that defts will not depose Dr. Krasner

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** Dr. Krasner's deposition was to be taken on 3/10/00. The movant's failure to expedite arrangements caused as a consequence the cancellation of the deposition by the court. #61 is denied.

3/29/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE