# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



VIVIAN VANESSA D'ACOSTA LUGO,
ET AL.,

    VS.                                CIVIL NO. __98-1226__ (JAF)

SIMED, ET AL,

## DESCRIPTION OF MOTION

DATE FILED: 03/15/00   DOCKET: 60   TITLE: MOTION FOR SUMMARY JUDGMENT

[ ] Plffs.   [X] Deft. Juarbe

## O-R-D-E-R

MOTION DENIED. PLAINTIFFS' OPPOSITION, <u>DOCKET DOCUMENT NO. 70</u>, IS NOTED.

_5/16/2000_
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE