# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



VIVIAN VANESSA D'ACOSTA LUGO,
ET AL

    VS.          CIVIL NO. 98-1226 (JAF)

SINDICATO DE ASEGURADORES PARA
LA SUSBRIPCION CONJUNTA DE SEGURO
DE RESPONSABILIDAD PROFESIONAL
MEDICO-HOSPITALARIA, ET AL

*RECEIVED & FILED 00 MAY 17 AM 9:49 CLERK'S U.S. DISTRICT COURT SAN JUAN, PR*

---

**DESCRIPTION OF MOTION**

DATE FILED: 4/17/00  DOCKET: 68    TITLE: MOT TO COMPEL DEFT SAN PABLO TO IDENTIFY WITNESS

[x] Plffs.  [ ] Defts.

---

**O-R-D-E-R**

*Granted — 10 calendar days or allegations will be stricken*

5-16-00
DATE

JOSE A. FUSTE
U.S. DISTRICT COURT

80