## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



VIVIAN VANESSA D'ACOSTA LUGO,
ET AL

    VS.                               **CIVIL NO.** 98-1226 (JAF)

SINDICATO DE ASEGURADORES PARA
LA SUSBRIPCION CONJUNTA DE SEGURO
DE RESPONSABILIDAD PROFESIONAL
MEDICO-HOSPITALARIA, ET AL

---

**DESCRIPTION OF MOTION**

DATE FILED: 4/17/00 DOCKET: 69    TITLE: MOT FOR LEAVE TO FILE
                                                    CERTAIN EXHIBITS IN
[x] Plffs.  [ ] Defts.               SPANISH

---

**O-R-D-E-R**

*Granted*

5/16/00
DATE

JOSE A. FUSTE
U.S. DISTRICT COURT