## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO




VIVIAN VANESA D'ACOSTA LUGO,
ET AL.

    VS.                           CIVIL NO.  98-1226  (JAF)

SINDICATO DE ASEGURADORES PARA
LA SUSCRIPCION CONJUNTA DE SEGURO
DE RESPONSABILIDAD PROFESIONAL
MEDICO-HOSPITALARIA, ET AL.

---

### DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | Pretrial Conf. order |

### O-R-D-E-R

Pretrial Conference held. The proposed pretrial order shall be deemed signed by Juan Martini Soler Esq., who appeared today and had been unable to sign on account of illness. The complaint against Alexis Garau, M.D. is dismissed with prejudice as stipulated. Page 37 of the proposed P.T. order is deemed amended. Trial shall be held on October 2-3, 2000 at 9:30 AM.

Regarding the recently filed sealed motion, the court requires the cosignator address in order to write to her accordingly.

| 5-16-00 | _[signature]_ |
|---|---|
| DATE | JOSE A. FUSTE |
| | U.S. DISTRICT JUDGE |

5/16/00
s/c: Jury Clerk
/ur