ENTERED ON DOCKET
5/17/00 PURSUANT
TO PRCP RULES 58 & 79a

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
'00 MAY 17 PM 3:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | |
|---|---|
| VIVIAN VANESSA D'ACOSTA LUGO, ET AL | * |
| PLAINTIFF, | * |
| VS. | *   CIVIL NO. 98-1226(JAF) |
| SIMED, ET AL | * |
| DEFENDANTS | |

-------------------------------------------------X

# JUDGMENT

Pursuant to ORDER, entered today, the complaint against **Alexis Garau, MD** is dismissed with prejudice as stipulated. Judgment is hereby entered dismissing complaint against defendant Alexis Garau, MD..

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of May, 2000.

FRANCES RIOS DE MORAN
CLERK OF THE COURT

BY: _____
SULMA LOPEZ-DEFILLO - DEPUTY CLERK

(83)