# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



VIVIAN V. D'ACOSTA LUGO, ET AL.

    VS.-

SIMED, ET AL.

CIVIL NO. 98-1226 (JAF)

---

## DESCRIPTION OF MOTION

| DATE FILED: 03/15/00 | DOCKET #: 56  OPP.63 | TITLE: MOTION by All Plaintiffs to limit defendants witness and exclude expert witnesses |
|---|---|---|
| [x] Plaintiff(s) [ ]-Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Only the witnesses and experts announced in the May 10 pretrial conference will be allowed to testify.

12-16-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE