IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ELSIE LUGO NAZARIO, ET AL
Plaintiff

VS.

SIMED , ET AL
Defendant

CIVIL NO. 98-1226 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 6/22/00   DOCKET: 87
[ ] Plffs.   [X] Deft. San Pablo
Anesthesia and Dr. Angel Velez Rojas

TITLE: MOT TO WITHDRAW ATTY JOSE OTERO AND EXT TIME TO ANNOUNCE NEW COUNSEL

## O-R-D-E-R

Granted. New legal representation to be announced on or before July 14, 2000.

6/27/2000
DATE:

JOSE A. FUSTE
U.S. DISTRICT JUDGE

s/cs:to (8)
attys/pts
in ICMS
JUN 29 2000

89