UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

VIVIAN VANESSA D'ACOSTA LUGO,

Plaintiff,

v.

SINDICATO DE ASEGURADORES
PARA LA SUSCRIPCION CONJUNTA
DE SEGURO DE RESPONSABILIDAD
PROFESIONAL MEDICO-
HOSPITALARIA, et al.,
et al.,

Defendants.

Civil No. 98-1226 (JAF)

# ORDER

The Judges have agreed to the reassignment of forty-five cases to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000.

Pursuant to the above, the present case is assigned to the docket of Judge García-Gregory.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th day of July, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge