UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: AUGUST 7, **2000**

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**   CASE NO. CIVIL 98-1226

===============================================================
| | |
|---|---|
| ELSIE LUGO NAZARIO<br>ET ALS | Attorneys:<br>For Plaintiffs: |
| VS | |
| SINDICATO DE ASEGURADORES<br>DE LA SUBSCRIPCION DE SEGURO<br>DE RESPONSABILIDAD PROFESIONAL<br>ET ALS | For Defendant: |

===============================================================

In view of the fact that this is one the cases that has been recently reassigned to Judge Garcia Gregory the jury trial set for October 23, 2000 is hereby vacated and set aside. A status conference is hereby set for Wednesday, October 18, 2000 at 10:00 AM. before Judge Garcia. Counsel for the parties are to come prepared to discuss settlement and inform the status of any pending discovery.

The Court notes that there is a motion by Sindicato de Aseguradores for PHICO to produce a copy of the insurance policy issued to San Pablo Anesthesia Associates Inc. The Court grants the motion for representation of San Pablo Anesthesia Associates, Inc. and grants said party a period of ten days to reply to the motion requesting order against San Pablo Anesthesia Associates and PHICO Insurance Company.

Parties to be notified.

*Lily Alicea*<br>
LILY ALICEA<br>
COURTROOM DEPUTY

S/c to Jury Clerk