UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: AUGUST 17, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            CASE NO.CIVIL98-1226

================================================================

| | |
|---|---|
| VIVIAN VANESSA D'ACOSTA LUGO | Attorneys: For Plaintiffs: |
| VS | |
| SINDICATO DE ASEGURADORES PARA LA SUBSCRIPCION CONJUNTA DE SEGURO DE RESPONSABILIDAD PROFESIONAL MEDICO HOSPITALARIO ET AL | For Defendant: |

================================================================

By Order of the Court, at the request of codefendants, the status conference set in the above-mentioned case for October 18, 2000 is hereby rescheduled for **Wednesday, October 25, 2000 at 10:00 AM.**

This resetting disposes of motions #95 and #96.

Parties to be notified.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LILY ALICEA
　　　　　　　　　　　　　　　　　　　　COURTROOM DEPUTY