UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUGO NAZARIO, ET AL

Plaintiff(s)

v.                                      CIVIL NUMBER: 98-1226 (JAG)

SINDICATO DE ASEGURADORES

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/03/00<br>**Title:** Motion for Setting of Status and Settlement Conference<br>**Docket:** 94<br>[x] **Plffs**   [ ] **Defts**   [ ] Other | A Status Conference has been scheduled for **October 25, 2000** at 10:00 a.m. |

Date: 10/16/00

JAY A. GARCIA-GREGORY
U.S. District Judge

Ctroom. Dpty
10/18/00