UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: OCTOBER 25, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 98-1226 (JAG)**

======================================================================

| | |
|---|---|
| VIVIAN VANESSA D'ACOSTA LUGO | Attorneys:<br>For Plantiff: ERIC QUETGLAS |
| VS | |
| SIMED, ET AL | For Defendant:<br>MIGUEL LAFFITTE<br>JOSE RIVERA CORDERO<br>PEDRO CORDOVA<br>NANNETTE ALOMAR<br>HILDA CRUZ<br>JUAN MASINI |

======================================================================

Case called for status conference. Theories of parties heard. Plaintiff made a settlement demand for $1,000,000 which they cannot accept..

Attorney for Phaico indicates to the Court that at the beginning they believed his client covered Dr. Velez but after a close look at the policy they found out since he had another policy and gave written notice to them of this complaint he is not covered now by Phaico.

Copy of the policy is to be delivered to plaintiff.

Court sets a settlement conference for **Tuesday, November 21, 2000 at 1:00 PM.**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy