IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VIVIAN VANESSA D'COSTA LUGO

   **Plaintiff(s)**

   v.                                    CIVIL NO.   98-1226 (JAG)

SINDICATO DE ASEGURADORES PARA
LA SUSCRIPCION CONJUNTA DE
SEGURO DE RESPONSABILIDAD
PROFESIONAL MEDICO-HOSPITALARIA,
et al

   **Defendant(s)**

---

### JUDGMENT

Pursuant to the Notice of Stipulation for Voluntary Dismissal (Docket #102) filed by the plaintiffs, the Court hereby enters judgment dismissing the complaint with prejudice, without the imposition of any costs or attorney's fees.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge